EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2002

at ___ o'clock ___ ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR02-00173 HG |
| Plaintiff, | ) INDICTMENT |
| vs. | ) [21 U.S.C. § 841(a)(1)] |
| LARRY E. MIRAN, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

On or about April 24, 2002, in the District of Hawaii, defendant LARRY E. MIRAN, did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, in excess of 5 grams, to wit 21.36 grams, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

DATE: May 1, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Larry E. Miran</u>
Cr. No. _____
INDICTMENT